UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAPHNE TAI,**

    **Plaintiff,**

v.                                         Case No. 8:06-cv-1117-T-30TBM

**TRANSAMERICA LIFE**
**INSURANCE COMPANY,**

    **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on **Defendant's Second Motion to Compel Answers to Interrogatories and Production of Documents** (Doc. 12).[1] By its motion, Defendant seeks an Order compelling Plaintiff to respond to its First Set of Interrogatories and First Requests for Production of Documents, which were served on September 11, 2006. Defendant represents that it has attempted to contact Plaintiff's counsel by telephone on three occasions prior to filing the instant motion but has been unable to speak with counsel directly. Defendant seeks the fees and costs associated with its motion. Plaintiff responds that she served Defendant with her responses to these discovery requests on December 1, 2006, and she therefore urges the court to deny Defendant's motion. Plaintiff also asserts that Defendant has again failed to comply with Local Rule 3.01(g). (Doc. 13).

Accordingly, accepting Plaintiff's response as accurate insofar as it asserts that Plaintiff has now complied, albeit untimely, with the outstanding requests, the **Defendant's**

---

[1] The court denied Defendant's first motion to compel (Doc. 10) on November 9, 2006, for failure to comply with Local Rule 3.01(g). See (Doc. 11).

**Second Motion to Compel Answers to Interrogatories and Production of Documents**

(Doc. 12) is **DENIED** as moot. The court denies the request for fees and costs on this motion, but Plaintiff <u>and</u> counsel are advised that the failure to timely respond to LR 3.01(g) conference calls and timely respond to discovery obligations in the future may well result in such award.

   **Done and Ordered** in Tampa, Florida, this 6th day of December 2006.

                                    _____
                                    THOMAS B. McCOUN III
                                    UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record